# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISIAH ULMER | CRIMINAL ACTION<br>NO. 18-00579-3 |

## ORDER

**AND NOW**, this 14th day of May 2020, upon consideration of Isiah Ulmer's Motion for Bail Pending Sentencing (ECF No. 226) and the government's Response (ECF No. 228) and following a hearing on the record held by video conference (ECF No. 229), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.