IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISIAH ULMER | CRIMINAL ACTION<br>NO. 18-00579-3 |

## ORDER

**AND NOW**, this 5th day of March 2021, upon consideration of Isiah Ulmer's *pro se* Motion for Compassionate Release, (ECF 283), the Government's Response, (ECF 285), and Ulmer's Motion for Appointment of Counsel, (ECF 290), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.